IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SARAH J. GIBBY, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, )<br>*Commissioner of Social Security*, )<br>    Defendant. ) | CIVIL ACTION NO. 1:20-00059-N |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Commissioner of Social Security and against Plaintiff Sarah J. Gibby, in accordance with the Memorandum Opinion and Order entered on this date affirming the Commissioner's final decision terminating Gibby's Social Security benefits.

**DONE** this the 29th day of March 2021.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**